UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
LEEZA GARG,

                        Plaintiff,

    -against-

TEXTILES FROM EUROPE, INC.,
Individually and d/b/a VICTORIA
CLASSICS, TOBY COHEN Individually
and JOSEPH COHEN, Individually,

                      Defendants
-------------------------------------------------------X

Case No. 2:15-CV-07296 (ES) (MAH)

**RULE 7.1 STATEMENT**

     PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR ALL DEFENDANTS THAT ARE NON-GOVERNMENTAL LIMITED LIABILITY COMPANIES OR CORPORATIONS CERTIFIES THAT THE FOLLOWING ARE PUBLICLY HELD CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF ANY SAID PARTY, OWNING 10% OF SAID PARTIES' EQUITY.

**NONE**

Respectfully submitted,

Meltzer, Lippe, Goldstein & Breitstone, LLP

By: _____
Richard M. Howard, Esq.
Attorneys for Defendants
190 Willis Avenue
Mineola, New York 11501
Telephone: (516) 747-0300 x177
Fax: (516) 747-0653
rhoward@meltzerlippe.com

Dated: Mineola, New York
         October 20, 2015

718523-1