

# ARCÉ LAW GROUP, PC

30 Broad Street, 35th Floor
New York, NY 10004
P: 212-248-0120 / F: 212-587-4169

October 20, 2016

**VIA ECF**
The Honorable Michael A. Hammer, U.S.M.J.
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07101

      **Re:**    GARG v. TEXTILES FROM EUROPE, INC. et al.
             Case No.: 15-cv-07296-ES-MAH

Dear Judge Hammer:

      We represent the Plaintiff in the above-referenced case. We write Your Honor to propose alternate dates for the settlement conference pursuant to the Court's Order dated October 14, 2016. Having conferred with counsel for the Defendants, we respectfully request that the settlement conference be rescheduled to December 14, 15, 16 or January 6.

      We thank Your Honor for your consideration in this matter.

Respectfully Submitted,

**ARCÉ LAW GROUP, P.C.**

/s/ Erica L. Shnayder, Esq.

cc: Brian Jacobs, Esq. (via ECF)