# Arcé Law Group, PC

30 Broad Street, 35th Floor
New York, New York 10004
P: 212-248-0120 / F: 212-587-4169

March 21, 2017

**VIA ECF**
The Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07101

>    Re:   Leeza Garg v. Textiles From Europe, Inc. et al.
>          Case No.: 15-cv-07296 (ES)(MAH)

Dear Judge Hammer:

    We represent the Plaintiff in the above-referenced case. On behalf of all parties, we write to inform the Court that the parties have reached a settlement in this matter. Accordingly, the parties respectfully request that the Court enter a 60-day order of dismissal, subject to restoration if the settlement is not finalized.

    We sincerely appreciate Your Honor's time and effort in helping the parties reach a resolution.

Respectfully Submitted,

**ARCÉ LAW GROUP, P.C.**

/s/ *Erica L. Shnayder, Esq.*

Erica L. Shnayder, Esq.


CC:   Brian Jacobs, Esq.; Attorney for Defendants
       via ECF and email (b.jacobs@bdlawfirm.com)